FILED
CLERK, U.S. DISTRICT COURT

July 27, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>        Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION, a Delaware Corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-00242-SB-PVC<br><br>*Hon. Stanley Blumenfeld, Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 11, 2021<br>Trial Date:    November 9, 2021 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' action against Defendant McDonald's Corporation is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  July 27, 2021

Hon. Stanley Blumenfeld, Jr
United States District Judge